IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3024 |
| vs. | JUDGMENT |
| TIARA A. BLANCO-LIGGINS, | |
| Defendant. | |

In accordance with the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 142) is dismissed.

Dated this 13th day of October, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge